# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for DSLA Mortgage Loan Trust 2004-AR4,<br><br>Plaintiff,<br><br>vs.<br><br>CELESTE LOUDON, DAVID LOUDON,<br><br>Defendants. | CASE NO. 18cv2507-LAB (NLS)<br><br>**AMENDED ORDER DENYING MOTION TO EXCUSE APPEARANCE AT HEARING** |

On January 11, 2019, the Court ordered Defendants Celeste[1] Loudon and David Loudon to appear in person at a hearing on February 15, 2019 at 12:15 p.m. They then submitted a document styled as a motion in opposition to the Court's order, which the Court accepted for filing. The Court construes this motion (Docket no. 7) as a motion to excuse their appearance at the hearing. So construed, the motion is **DENIED**. **Celeste Loudon and David Loudon must appear in person at the hearing, as ordered.**

/ / /

/ / /

/ / /

/ / /

/ / /

---

[1] Celeste Loudon's first name is also spelled "Celest" in some documents.

This amended order replaces the order issued February 4, 2019, and the Clerk is directed to remove the earlier order from the docket.

**IT IS SO ORDERED**.

DATED: February 8, 2019

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge